IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MARQUITA RICHMAN,<br><br>　　　　　　Defendant. | 8:16PO1<br><br>ORDER FOR DISMISSAL |

NOW ON THIS 26th day of July, 2016, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 12). The Court, being duly advised in the premises, finds said Motion should be sustained.

**IT IS HEREBY ORDERED:**

1. Leave is granted for the United States to dismiss, without prejudice, the Information filed herein as to the Defendant, Marquita Richman.

2. The Information filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Marquita Richman.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　United States Magistrate Judge